**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**CIVIL ACTION NO. 10-234 WOB-JGW**

**PAPA BALLA SEYE**                                                    **PLAINTIFF**

**VS.**                                    **O R D E R**

**COMMUNITY YELLOW CAB NK**
**MANAGEMENT L.L.C., ET AL**                                    **DEFENDANTS**


This matter is before the court on the Report and Recommendation of the United States Magistrate Judge (Doc. #23), and there being no objections filed thereto, and the court being sufficiently advised,

**IT IS ORDERED** as follows:

1. That the Report and Recommendation (Doc. #23) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this court;

2. That plaintiff's motion to set aside the Clerk's Entry of Default (Doc. #19) be, and it hereby is, **granted**, said Entry of Default (Doc. #18) be, and it hereby is, **set aside and held for naught**;

3. That all discovery shall be completed herein on or before **February 23, 2012**;

4.  That any dispositive motions be filed herein within **thirty (30) days** of the close of discovery.

This 23rd day of August, 2011.



Signed By:

*William O. Bertelsman* WOB

United States District Judge