UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

Eastern District of Kentucky
F I L E D
MAR 29 2013
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 10-234 WOB-JGW

PAPA BALLA SEYE                                              PLAINTIFF

VS.                           O R D E R

COMMUNITY YELLOW CAB, NK
MANAGEMENT L.L.C., ET AL.                                   DEFENDANTS

This matter is before the court upon the Report and Recommendation of the Magistrate Judge (Doc. #42), and having considered de novo defendants' objections to such Report (Doc. #43), and the court being advised,

**IT IS ORDERED** that the objections (Doc. #43) be, and they are, hereby **overruled**; that the Report and Recommendation of the Magistrate Judge (Doc. #42) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; that the motion of defendant for summary judgment (Doc. #29) be, and it is, hereby **granted in part** and **denied in part** in accordance with the Report and Recommendation of the Magistrate Judge (Doc. #42).

This 29th day of March, 2013.

William O. Bertelsman, Judge